UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

UNITED STATES OF AMERICA,         CR 06-50092

        Plaintiff,         FACTUAL BASIS STATEMENT

vs.

UBALDO BALDERRAMA-MARQUEZ,

        Defendant.

---

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is: Ubaldo Balderrama-Marquez.  Beginning at least in 2000, I was involved in a conspiracy with several other individuals to distribute cocaine across the United States.  During my involvement in the conspiracy, I worked with others to facilitate the distrubtion of cocaine in the District of South Dakota. I possessed and sold distributable quantities of cocaine to others while living in Colorado.  I knew at the time of the sales that the cocaine I sold would be transported to and further distributed in the District of South Dakota.  Cocaine is a Schedule II controlled substance.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the

requirements of Fed. R. Crim. P. 11(b)(3).  The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

4/7/125

Date

EDWARD C. TARBAY
Assistant United States Attorney
515 Ninth Street, Suite 201
Rapid City, SD, 57701
Telephone: (605) 341-7822
E-Mail:  Edward.Tarbay@usdoj.gov

4/2/2025

Date

UBALDO BALDERRAMA-MARQUEZ
Defendant

4/7/2025

Date

MICHAEL STRAIN
Attorney for Defendant

2