# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SLT<br>Courtroom - RC #2<br>Probation – Lexus Williamson | Court Reporter – Deanna Clayborne<br>Date – 7/11/2025 |

### 5:06-cr-50092-01

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Ubaldo Balderrama-Marquez<br><br>Defendant. | Edward Tarbay<br><br><br><br><br>Michael Strain |

TIME HEARING SCHEDULED TO BEGIN: 12:30 PM

TIME:

| | |
|---|---|
| 12:33 PM | Enter evidentiary sentencing |
| | Telephonic interpreter, Leticia Medina, is telephonically present |
| | Sentence: 37 months imprisonment, 3 years supervised release, $100 VAF |
| 1:06 PM | Court adjourned |